# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1217

_____

Michael Briggs,

        Appellant,

v.

Arkansas State Police Department,
an Agency of the State of Arkansas;
John Bailey, Colonel, Director of the
Arkansas State Police Department,

        Appellees.

\* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: June 22, 1998
Filed: June 29, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      In this employment discrimination action involving claims of retaliation and discriminatory constructive discharge, Michael Briggs appeals the district court's[1] grant of summary judgment in favor of defendants. Having carefully reviewed the record and the parties' briefs, we agree with the district court that Briggs failed to show

_____

[1]The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas.

defendants' explanations for the adverse employment actions were pretextual. Accordingly, the judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.